FILED

2005 Aug-26  PM 03:46
U.S. DISTRICT COURT
N.D. OF ALABAMA

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
## WESTERN DIVISION

|  |  |  |
|---|---|---|
| HENRY JOINER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | 7:05-CV-1318-LSC-PWG |
| | ) | |
| CITY OF GREENSBORO, ALABAMA, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

Upon consideration of the magistrate judge's Report and Recommendation filed July 11, 2005,
the Court ADOPTS the magistrate judge's recommendation and it is ORDERED that the case be
TRANSFERRED to the United States District Court for the Middle District of Alabama for further
proceedings.

Done this 26th day of August 2005.

_____
L. SCOTT COOGLER
UNITED STATES DISTRICT JUDGE
124153